**In re the Matter of Aisilyn Cheyenne BROWN by her next friend Terrence K. Brown and Terrence K. Brown, Respondent,**

v.

**Camillia White HILL, Appellant.**

**No. WD 65378.**

Missouri Court of Appeals, Western District.

April 11, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 30, 2006.

Mary–Corinne Corley, Kansas City, MO, for appellant.

Linda Faye Turley Dycus, Kansas City, MO, for respondent.

Before EDWIN H. SMITH, C.J., VICTOR C. HOWARD, and THOMAS H. NEWTON, JJ.

---

**ORDER**

PER CURIAM.

Ms. Camillia White Hill appeals the trial court's judgment granting Mr. Terrence K. Brown physical custody of their five-year-old daughter and awarding child support.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).